# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 15, 2018

### NO. 03-18-00141-CV

**Barton Food Mart, Inc., Appellant**

**v.**

**Nejla Botrie, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment signed by the trial court on February 21, 2018. Having

reviewed the record, the Court holds that Barton Food Mart, Inc. has not prosecuted its appeal

and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses

the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both

in this Court and in the court below.